1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREDDIE JONES, | ) | Case No. CV 12-944 GW (MRW) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DOMINGO URIBE, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE:  February 19, 2012                    _____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE