UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE JONES, | ) | Case No. CV 12-944 GW (MRW) |
|         Petitioner, | ) | |
|    vs. | ) | JUDGMENT |
| DOMINGO URIBE, Jr., Warden, | ) | |
|         Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 11, 2013

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE